UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 17-CR-00638-RAKOFF

UNITED STATES OF AMERICA,

           Plaintiff,

v.

BARRY SCHWARTZ,

           Defendant.
_____/

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, Paul D. Petruzzi, Esq., hereby moves this Court for an Order for admission to practice, pro hac vice, to appear as counsel for the defendant, Barry Schwartz, in the above-captioned action.

I am in good standing of the Bar of the State of Florida and also a member of the bar of the United States District Court for the Western District of New York, the Southern, Middle, and Northern Districts of Florida, the United States District Court for the District of Colorado, the United States Court of Appeals for the 3rd, 6th, and 11th Circuits, and the United States Supreme Court. I have also been admitted to practice, *pro hac vice,* before the United States District Courts for the Southern, Eastern Districts of New York, the District of South Carolina, the Middle and Southern Districts of Georgia, the Western District of North Carolina, the Western District of Tennessee, the Northern District of Illinois, District of New Jersey, and the Western District of Pennsylvania. There are no pending disciplinary proceedings against me in any State or Federal court.

I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

> Respectfully submitted,
>
> Paul D. Petruzzi, Esq.
> **Law Offices of Paul D. Petruzzi, P.A.**
> 8101 Biscayne Blvd.
> Penthouse 701
> Miami, FL 33138
> Telephone: (305) 373-6773
> Facsimile: (305) 373-3832
> E-mail: petruzzi-law@msn.com
>
> By:   /s/ Paul D. Petruzzi
>       **PAUL D. PETRUZZI, ESQ.**
>       Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2023, a true and correct copy of this document was furnished by CM/ECF to all counsel of record.

> By:   /s/ Paul D. Petruzzi
>       **PAUL D. PETRUZZI, ESQ.**
>       Attorney for Barry Schwartz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 17-CR-00638-RAKOFF

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY SCHWARTZ,

        Defendant.

### AFFIDAVIT OF PAUL PETRUZZI IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

| | |
|---|---|
| State of Florida | ) |
| | ) |
| Miami-Dade County | ) |

PAUL PETRUZZI, being duly sworn, hereby deposes and says as follows:

1.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2.     As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of Florida. I am also a member of the bar of the United States District Court for the Southern, Middle, and Northern Districts of Florida, the United States Court of Appeals for the 3rd, 6th, and 11th Circuits, the United States District Court for the District of Colorado, and the United States Supreme Court. I have also been admitted to practice, *pro hac vice,* before the United States District Courts for the Southern and Eastern Districts of New York, the District of South Carolina, the Middle and Southern Districts of Georgia, and the Western District of Pennsylvania.

3. There are no pending disciplinary proceedings against me in any State or Federal court and I have not been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Defendant Barry Schwartz.

FURTHER AFFIANT SAYETH NAUGHT.

                                       Paul D. Petruzzi, Esq.
                                       **Law Offices of Paul D. Petruzzi, P.A.**
                                       8101 Biscayne Blvd.
                                       Penthouse 701
                                       Miami, FL 33138
                                       Telephone: (305) 373-6773
                                       Facsimile: (305) 373-3832
                                       E-mail: petruzzi-law@msn.com

Before me, the undersigned notary public, appeared the person above, reviewed each page of the attached affidavit and swore under oath that each statement is true, and being duly sworn, executed the affidavit in my presence this ___ day of June, 2023.

_____
Notary Public

BEATRIZ VAZQUEZ
Notary Public - State of Florida
Commission # HH 356141
My Comm. Expires May 29, 2027
Bonded through National Notary Assn.

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### PAUL DOMENIC PETRUZZI

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on SEPTEMBER 22, 1993, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MAY 30, 2023.

_____
Clerk of the Supreme Court of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

CASE NO. 17-CR-00638-RAKOFF

v.

**ORDER FOR ADMISION
FOR PRO HAC VICE**

BARRY SCHWARTZ,

          Defendant.
_____/

This matter is before the Court on attorney PAUL D. PETRUZZI's motion to appear Pro Hac Vice in this matter. The motion of PAUL D. PETRUZZI, ESQ., for admission to practice Pro Hac Vice in the above-captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Paul D. Petruzzi, Esq.
Law Offices of Paul D. Petruzzi, P.A.
8101 Biscayne Blvd., PH 701
Miami, FL 33138
E-mail: petruzzi-law@msn.com
Telephone: (305) 373-6773
Fax: (305) 373-3832

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for BARRY SCHWARTZ in the above-entitled action;

(The remainder of this page is left intentionally blank)

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

_Jed S. Rakoff_  6/9/2023
HONORABLE JUDGE JED S. RAKOFF
UNITED STATES DISTRICT COURT JUDGE